# EXHIBIT B

**Infringement Claim Chart for US8534551B2 v. Shake Shack ("Defendant")**

| Claims | Evidence |
|---|---|
| 1. A method for issuing a purchase transaction receipt over a network, the method comprising: | The defendant's product Square Register practices a method of issuing a digital receipt by SMS or email for a purchase transaction (i.e. purchase transaction receipt over a network) automatically upon completion of the sale.<br>Shake Shack, a modern-day roadside burger stand, has partnered with Square to bring Square's leading in-person payment and point-of-sale solutions at exclusive deals for Shake Shack customers and issues a digital receipt by SMS or email for a purchase transaction.<br><br>"Square offers us a way to think outside of the box in terms of what's possible for transactions and experiences in-Shack. We're freed from the restrictions put on us by legacy products, and the Square suite of tools enables a variety of new opportunities."<br><br>- Anoop Pillarisetti, Digital Product and Strategy at Shake Shack<br><br>Source: https://squareup.com/us/en/developers/case-studies/shake-shack-fuzz |

| | |
|---|---|
| | The full integration process was fast and simple, even without payments domain expertise. Out of the box, the Square Reader SDK provided a PCI- and EMV-compliant solution that took multiple payment types, including credit cards, Apple Pay, and Google Pay. With a bit of tweaking, the SDK passed transaction information to Shake Shack's accounting system smoothly and even allowed unique transactions types such as free employee meals. For Fuzz, the Square Reader SDK let it focus on what it's best at: creating a great experience for clients.<br><br>Source: https://squareup.com/us/en/developers/case-studies/shake-shack-fuzz<br><br>**Summary**<br><br>• Shake Shack wanted to take the next step toward the "Shack of the Future."<br>• Working with Fuzz, Shake Shack built a self-service kiosk application that introduced digital ordering to the in-store experience and streamlined the ordering process, allowing more employees to engage with customers.<br>• With the Square Reader SDK, Fuzz was able to build and test hardware and payments within 24 hours.<br>• The kiosk is currently up and running at Shake Shack in New York, providing valuable feedback about customer behavior around payments and ordering.<br><br>Source: https://squareup.com/us/en/developers/case-studies/shake-shack-fuzz |

| | |
|---|---|
| | **Send Digital Receipts**<br><br>With every successful payment, you can provide a digital receipt (by SMS or email) or a printed receipt for your customers.<br><br>Each receipt will reflect an itemised breakdown of whole number and decimal quantities, discounts and applicable taxes.<br><br>Source: https://squareup.com/help/gb/en/article/5070-send-digital-receipts<br><br>When you use a payment card for the first time with a Square Seller, you are asked on the point of sale device to enter your email address or phone number to receive digital receipts for future purchases made with this card via email or text message.<br><br>At this point, the email address or phone number is attached to that payment card. If you provided your email address, you will automatically be sent receipts to this address when you make subsequent purchases with that card at Square Sellers without having to enter in your email address each time. However, if you provided your phone number, you will still need to manually choose to receive a receipt via text after each payment with a Square Seller.<br><br>Source: https://squareup.com/help/us/en/article/5212-automatic-receipts |

| | |
|---|---|
| receiving, by at least one server in communication with the network, a registration request to receive digital receipts in association with a first credit card account; | The defendant's product Square Register at Shake Shack stores practices a method of issuing a digital receipt by SMS or email for a purchase transaction over an electronic network and receives by at least one server in communication with the network, a registration request to receive digital receipts in association with a first credit card account.<br><br>For example, the Square Register includes a server in communication with a network (e.g., Defendant's server). The server receives a registration request to receive digital receipts in associated with a first credit card account (e.g., The registration takes place in the Shake Shack store at a Square point-of-sale terminal connected to a server, when a customer uses a payment card for the first time at the Shake Shack store).<br><br>When you use a payment card for the first time with a Square Seller, you are asked on the point of sale device to enter your email address or phone number to receive digital receipts for future purchases made with this card via email or text message.<br><br>At this point, the email address or phone number is attached to that payment card. If you provided your email address, you will automatically be sent receipts to this address when you make subsequent purchases with that card at Square Sellers without having to enter in your email address each time. However, if you provided your phone number, you will still need to manually choose to receive a receipt via text after each payment with a Square Seller.<br><br>Source: https://squareup.com/help/us/en/article/5212-automatic-receipts |

| | |
|---|---|
| | <br>Source: https://www.youtube.com/watch?v=pEPBl0nSbJw |
| storing, by the at least one server, at least one first customer record in a database, the at least one first customer record associating the first credit card account with a destination associated | The defendant's Product necessarily stores, by the at least one server, at least one first customer record in a database, the at least one first customer record associating the first credit card account with a destination associated with a first customer. (e.g., a customer's information is stored in a database in a customer record which is associated with the payment card as well as the customer's email address).<br><br>When you use a payment card for the first time with a Square Seller, you are asked on the point of sale device to enter your email address or phone number to receive digital receipts for future purchases made with this card via email or text message.<br><br>At this point, the email address or phone number is attached to that payment card. If you provided your email address, you will automatically be sent receipts to this address when you make subsequent purchases with that card at Square Sellers without having to enter in your email address each time. However, if you provided your phone number, you will still need to manually choose to receive a receipt via text after each payment with a Square Seller. |

| | |
|---|---|
| with a first customer; | Source: https://squareup.com/help/us/en/article/5212-automatic-receipts<br><br><br>Source: https://www.youtube.com/watch?v=pEPBl0nSbJw |
| receiving, at the at least one server from a point-of-sale terminal, information identifying the first credit card account and information about a transaction; | The Product receives at the at least one server from a point-of-sale terminal, information identifying the first credit card account and information about a transaction. (e.g., at the time of purchase, the customer swipes their payment card in a credit card reader at the Point-of-Sale system, which transmits, to the server, the credit card information identifying the credit card account along with purchase information such as items purchased).<br><br>When you use a payment card for the first time with a Square Seller, you are asked on the point of sale device to enter your email address or phone number to receive digital receipts for future purchases made with this card via email or text message.<br><br>At this point, the email address or phone number is attached to that payment card. If you provided your email address, you will automatically be sent receipts to this address when you make subsequent purchases with that card at Square Sellers without having to enter in your email address each time. However, if you provided your phone number, you will still need to manually choose to receive a receipt via text after each payment with a Square Seller. |

Source: https://squareup.com/help/us/en/article/5212-automatic-receipts

Source: https://www.youtube.com/watch?time_continue=65&v=e1WwBziHdzs


Source: https://www.youtube.com/watch?v=NfCFAsJsNp8




Source: https://squareup.com/us/en/hardware/register




Source: https://www.youtube.com/watch?v=NfCFAsJsNp8

| | |
|---|---|
| retrieving, by the at least one server, the at least one first customer record from the database based on the information identifying the first credit card account; | The Product retrieves, by the at least one server, the at least one first customer record from the database based on the information identifying the first credit card account. (e.g., the customer's detail is retrieved based on the credit card information provided by the credit card reader).<br><br>When you use a payment card for the first time with a Square Seller, you are asked on the point of sale device to enter your email address or phone number to receive digital receipts for future purchases made with this card via email or text message.<br><br>At this point, the email address or phone number is attached to that payment card. If you provided your email address, you will automatically be sent receipts to this address when you make subsequent purchases with that card at Square Sellers without having to enter in your email address each time. However, if you provided your phone number, you will still need to manually choose to receive a receipt via text after each payment with a Square Seller.<br><br>Source: https://squareup.com/help/us/en/article/5212-automatic-receipts<br><br> |

| | Source: https://www.youtube.com/watch?time_continue=65&v=e1WwBziHdzs<br><br><br>Source: https://www.youtube.com/watch?v=NfCFAsJsNp8<br><br><br>Source: https://squareup.com/us/en/hardware/register |
|---|---|

| | <br>Source: https://www.youtube.com/watch?v=NfCFAsJsNp8 |
|---|---|
| initiating a charge of an amount of the transaction to the first credit card account; and | The Product initiates a charge of an amount of the transaction to the first credit card account (e.g., the system, through the POS, charges the transaction amount to the customer's payment card).<br><br>When you use a payment card for the first time with a Square Seller, you are asked on the point of sale device to enter your email address or phone number to receive digital receipts for future purchases made with this card via email or text message.<br><br>At this point, the email address or phone number is attached to that payment card. If you provided your email address, you will automatically be sent receipts to this address when you make subsequent purchases with that card at Square Sellers without having to enter in your email address each time. However, if you provided your phone number, you will still need to manually choose to receive a receipt via text after each payment with a Square Seller. |

Source: https://squareup.com/help/us/en/article/5212-automatic-receipts

Source: https://www.youtube.com/watch?time_continue=65&v=e1WwBziHdzs

| | |
|---|---|
| |  Source: https://www.youtube.com/watch?v=NfCFAsJsNp8 <br>   <br> Source: https://squareup.com/us/en/hardware/register <br>   <br> Source: https://www.youtube.com/watch?v=NfCFAsJsNp8 |

| Automatically transmitting a digital receipt for the transaction to the destination associated with the first customer without input from the first customer. | The defendant's product Square Register at Shake Shack store automatically transmits a digital receipt for the transaction to the destination associated with the first customer without input from the first customer (e.g., when a customer who has opted to receive digital receipt after the completion of a transaction, a digital receipt is automatically emailed to them).<br><br>"Square offers us a way to think outside of the box in terms of what's possible for transactions and experiences in-Shack. We're freed from the restrictions put on us by legacy products, and the Square suite of tools enables a variety of new opportunities."<br><br>- Anoop Pillarisetti, Digital Product and Strategy at Shake Shack<br><br>Source: https://squareup.com/us/en/developers/case-studies/shake-shack-fuzz |
|---|---|

| | |
|---|---|
| | The full integration process was fast and simple, even without payments domain expertise. Out of the box, the Square Reader SDK provided a PCI- and EMV-compliant solution that took multiple payment types, including credit cards, Apple Pay, and Google Pay. With a bit of tweaking, the SDK passed transaction information to Shake Shack's accounting system smoothly and even allowed unique transactions types such as free employee meals. For Fuzz, the Square Reader SDK let it focus on what it's best at: creating a great experience for clients.<br><br>Source: https://squareup.com/us/en/developers/case-studies/shake-shack-fuzz<br><br>**Summary**<br><br>• Shake Shack wanted to take the next step toward the "Shack of the Future."<br>• Working with Fuzz, Shake Shack built a self-service kiosk application that introduced digital ordering to the in-store experience and streamlined the ordering process, allowing more employees to engage with customers.<br>• With the Square Reader SDK, Fuzz was able to build and test hardware and payments within 24 hours.<br>• The kiosk is currently up and running at Shake Shack in New York, providing valuable feedback about customer behavior around payments and ordering.<br><br>Source: https://squareup.com/us/en/developers/case-studies/shake-shack-fuzz |

| | |
|---|---|
| | **Send Digital Receipts**<br><br>With every successful payment, you can provide a digital receipt (by SMS or email) or a printed receipt for your customers.<br><br>Each receipt will reflect an itemised breakdown of whole number and decimal quantities, discounts and applicable taxes.<br><br>Source: https://squareup.com/help/gb/en/article/5070-send-digital-receipts<br><br>When you use a payment card for the first time with a Square Seller, you are asked on the point of sale device to enter your email address or phone number to receive digital receipts for future purchases made with this card via email or text message.<br><br>At this point, the email address or phone number is attached to that payment card. If you provided your email address, you will automatically be sent receipts to this address when you make subsequent purchases with that card at Square Sellers without having to enter in your email address each time. However, if you provided your phone number, you will still need to manually choose to receive a receipt via text after each payment with a Square Seller.<br><br>Source: https://squareup.com/help/us/en/article/5212-automatic-receipts |