Motion to sever granted 4/28/2020 with this case being stayed until the Square Inc. case is resolved.
*s/  James S. Gwin*
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| ELECTRONIC RECEIPTS DELIVERY SYSTEMS, LLC, | Civil Action No.  1:19-cv-02949-JG |
| Plaintiff, | |
| vs. | JUDGE JAMES GWIN |
| SHAKE SHACK ENTERPRISES, LLC, | |
| Defendant. | |

**UNOPPOSED MOTION TO SEVER AND STAY
BY DEFENDANT SHAKE SHACK ENTERPRISES, LLC**